IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER MARSHALL,

   Petitioner,

 vs.

STATE OF CALIFORNIA,

   Respondent.
            /

No. C 11-05549 YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated at Oakland, California, this 14th day of February, 2012.

            RICHARD W. WIEKING
            Clerk of Court

      By: *Frances Stone*
         FRANCES STONE
         Deputy Clerk

G:\PRO-SE\YGR\HC.11\Marshall5549.jud.frm